# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
**Frances Murrell Davis** )  Case No. _____
**301 Oak Street** )  Chapter ___13___
**Gibsonville, NC 27249** )
)
)
)
)
)
)
SS# __xxx-xx-1718_____ )
SS# _____ )
Debtor(s) )

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on __August 15, 2014__ .

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

# CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I.**     **Plan Payments**

The plan proposes a payment of __$835.00__ per month for a period of __60__ months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II.**     **Administrative Costs**

**1.**     **Attorney fees.**

☒     The attorney for the Debtor will be paid the base fee of $3,700.00. The Attorney has received $ __300.00__ from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.

☐     The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

**2.**     **Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III.**     **Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

**1.**     **Domestic Support Obligations ("DSO")**

a.     ☒ None

b.     The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

c.     All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

d.     Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

**2.**     **Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| Guilford County Tax Collector | $0.00 |
| Internal Revenue Service | $3,115.00 |
| North Carolina Department of Revenue | $305.00 |

## IV. Secured Claims

### 1. Real Property Secured Claims

a. ☐ None

b. All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| Wells Fargo Home Mortgage | Home: 301 Oak Street, Gibsonville NC 27249 | R | N | $541.20 | $1,150.00 | |

### 2. Personal Property Secured Claims

a. ☐ None

b. Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| Santander Consumer USA | 2005 Mercury Mountaineer | $4,700.00 | Y | $5,842.00 | $0.00 | $89.23 | 5.25% |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do <u>not</u> apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

### 3. Collateral to be Released

The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| -NONE- | |

### 4. Liens to be Avoided

The Debtor pursuant to 11 U.S.C. § 506 proposes to avoid the following liens on property to the extent that there is no equity to secure the lien:

| Lien Creditor | Property |
|---|---|
| Security Financial Corp. of Lincolnton | 2005 Mercury Mountaineer |

**V.      Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|----------|-----------|---------------|-----------------|
| -NONE- | | | |

**VI.     General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __0__ %.

**VII.    Executory Contracts/Leases**

a.      ☒ None

b.      The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|----------|------------------------------|
| | |

c.      The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|----------|------------------------------|-----------------|---------------------------------------------------|------------------|---------------------------------------------|---------------------------|
| -NONE- | | | | | | |

**VIII.   Special Provisions**

a.      ☒ None

b.      Other classes of unsecured claims and treatment

c.      Other Special Terms

Date:   **August 15, 2014**                                    **/s/ Tommy S. Blalock, III**

**Tommy S. Blalock, III 26467**
Attorney for the Debtor
Address:        **620 Green Valley Road**
                **Suite 209**
                **Greensboro, NC 27408**
Telephone:      **(336) 274-2343**
State Bar No.   **26467**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                       )

       **Frances Murrell Davis**      )

                        )

                        )

SS#    **xxx-xx-1718**             )

SS#                        )

               Debtor(s)       )

**NOTICE TO CREDITORS**
**AND**
**PROPOSED PLAN**

Case No. _____

---

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Anita Jo Kinlaw Troxler**
**Chapter 13 Trustee**
**Greensboro Division**
**Post Office Box 1720**
**Greensboro, NC 27402-1720**

**Alliance One**
**Acct. xxx4865**
**4850 Street Road, Suite 300**
**Trevose, PA 19053**

**C.L. Brandenburg, III, D.D.S.**
**Acct. xxx7991**
**5011-D Mackay Road**
**Jamestown, NC 27282**

**Capital One**
**Acct. xxx1499**
**P.O. Box 30285**
**Salt Lake City, UT 84130-0285**

**Cone Health**
**Accts. xxx5784, xxx5111**
**Bankruptcy Department**
**1200 North Elm Street**
**Greensboro, NC 27401**

**Contract Callers, Inc.**
**Acct. xxx7063**
**1058 Claussen Road, Suite UCC110**
**Augusta, GA**

**Dept. of Education/Sallie Mae**
**Acct. xxx1718**
**P.O. Box 9635**
**Wilkes Barre, PA 18773**

**Eagle Physicians**
**Acct. xxx2785**
**324 W. Wendover Avenue, Suite 200**
**Greensboro, NC 27408**

**Eagle Physicians and Associates**
**Acct. xxx2785**
**PO Box 14883**
**Greensboro, NC 27415**

**Guilford County Tax Collector**
**PO Box 3328**
**Greensboro, NC 27402**

**Internal Revenue Service**
**Acct. xxx1718**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**Military Star**
**Acct. xxx4341**
**3911 S. Walton Walker Blvd.**
**Dallas, TX 75236**

**National Capital Management, LLC**
**Acct. xxx8028**
**P.O. Box 12786**
**Norfolk, VA 23541**

**NCO Financial Systems, Inc.**
**Acct. xxxY676**
**507 Prudential Road**
**Horsham, PA 19044**

**North Carolina Department of Revenue**
**Acct. xxx1718**
**PO Box 1168**
**Raleigh, NC 27640**

**Paul D. Byerly, D.D.S., M.S.**
**Acct. xxx6105**
**1635 Memorial Drive**
**Burlington, NC 27215**

**Regional Acceptance Corp.**
**Bankruptcy Section**
**P.O. Box 1847**
**Wilson, NC 27894-1847**

**Rushmore Service Center**
**Acct. xxx8159**
**P.O. Box 5508**
**Sioux Falls, SD 57117-5508**

**Sallie Mae**
**Department of Education Loan Services**
**P.O. Box 9635**
**Wilkes Barre, PA 18773-9635**

**Santander Consumer USA, Inc.**
**Acct. xxx8028**
**Attn: Bankruptcy Dept.**
**P.O. Box 560284**
**Dallas, TX 75356-0284**

**Security Financial Corp. of Lincolnton**
**Acct. xxx7518**
**d/b/a Security Financial Services**
**1803 S. Church Street**
**Burlington, NC 27215**

**Springleaf**
**Acct. xxx5801**
**Elmsley Square**
**3711 Elmsley Street, Suite 102**
**Greensboro, NC 27406-7039**

**State of Maryland**
**Acct. xxx7623**
**Central Collection Unit 1697623**
**Fifth Floor Certifications**
**300 West Preston Street**
**Baltimore, MD 21201**

**Stern & Associates, P.A.**
**Accts. xxx5283, xxx0621**
**415 N. Edgeworth Street, Suite 210**
**Greensboro, NC 27401**

**Trident Asset Management**
**Acct. xxx4473**
**P.O. Box 888424**
**Atlanta, GA 30356**

**Wells Fargo Home Mortgage**
**Acct. xxx5142**
**P.O. Box 10335**
**Des Moines, IA 50306-0335**

Date:  **August 15, 2014**                          **/s/ Tommy S. Blalock, III**
                                                     **Tommy S. Blalock, III 26467**